1 | **FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
2 | *tarifa.laddon@faegredrinker.com*
THEODORE E. O'REILLY (*Pro Hac Vice*)
3 | *theodore.oreilly@faegredrinker.com*
1800 Century Park East, Suite 1500
4 | Los Angeles, CA  90067
Telephone:    (310) 203-4000
5 | Fax:              (310) 229-1285

6 | Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS, LLC;
7 | and BIOMET U.S. RECONSTRUCTION, LLC

8 | **WETHERALL GROUP, LTD.**
Peter C. Wetherall (Nevada Bar No. 4414)
9 | *pwetherall@wetherallgroup.com*
9345 West Sunset Road, Suite 100
10 | Las Vegas, NV  89148
Telephone:    (702) 838-8500
11 | Facsimile:    (702) 837-5081

12 | Attorneys for Plaintiff
ANGELA BIGGINS

13

14

15

16

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA J. BIGGINS, | Case No.: 2:20-cv-02247-JCM-NJK |
| Plaintiff, | Honorable James C. Mahan |
|  | Honorable Nancy J. Koppe |
| vs. | |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC; | **JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS** |
| Defendants. | Complaint Filed: December 11, 2020 |

17
18
19
20
21
22
23
24
25
26
27
28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS**

1    Plaintiff Angela Biggins ("Plaintiff") and Defendants Biomet, Inc., Biomet

2  Orthopedics, LLC, and Biomet U.S. Reconstruction, LLC ("Defendants" and collectively

3  with Plaintiff, "the Parties"), by and through their undersigned counsel, hereby request an

4  extension of the Court's August 19, 2021 Order (ECF No. 20) to submit dismissal papers.

5  In support of their request, the Parties state as follows:

6    The Parties reached an agreement to settle this action and accordingly, on May 6,

7  2021 filed a Joint Notice of Settlement with this Court.  ECF No. 19.  While the

8  settlement agreement has now been finalized by both Parties, COVID-19 has presented

9  unforeseen challenges that require additional time for the settlement to be funded and

10  finalized.  At this point, the Defendants anticipate funding this settlement by the end of

11  October 2021.  Settlement payment is necessary before a stipulation for dismissal and

12  release can be effectuated by the Parties.  Accordingly, the Parties request an extension of

13  the Court's current August 25, 2021 deadline up to and including November 5, 2021 in

14  order for the resolution to be completed and a stipulation of dismissal to be filed with the

15  Court.  The Parties do not seek to unduly delay the proceedings but need additional time

16  to complete the settlement in light of the multiple factors affecting the resolution.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

2

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS**

1   **WHEREFORE**, the Parties respectfully request this Court grant an extension of

2   up to and including November 5, 2021 for the Parties to file a stipulation of dismissal in

3   this action.

4

5   Dated:  August 25, 2021                      **FAEGRE DRINKER BIDDLE & REATH LLP**

6

7                                               By:   */s/ Theodore E. O'Reilly*

8                                                     TARIFA B. LADDON
                                                      THEODORE E. O'REILLY
9
                                                      Attorneys for Defendants
10                                                    BIOMET, INC.; BIOMET ORTHOPEDICS,
                                                      LLC; and BIOMET U.S.
11                                                    RECONSTRUCTION, LLC

12

13

14  Dated:  August 25, 2021                      **WETHERALL GROUP, LTD**

15

16                                              By:   */s/ Peter C. Wetherall*

17                                                    PETER C. WETHERALL

18                                                    Attorneys for Plaintiff
                                                      ANGELA BIGGINS
19

20

21  GRANTED.  The Court is not inclined, however, to grant
    further extensions.
22  .
    IT IS SO ORDERED.
23  Dated:  August 26, 2021

24  .
    .
25  _____
    Nancy J. Koppe
26  United States Magistrate Judge

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

3

**JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS**